**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**　　　　　　　　　　　　　　　　　　Case No. 09-cr-67-PB

**Leonard Corson**

**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009 as counsel has recently been appointed and requests additional time to complete discovery and engage in negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 18, 2009 to October 6, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The July 20, 2009 final pretrial conference is continued to September 24, 2009 at 3:00 p.m.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

July 17, 2009

cc:  Tony Soltani, Esq.
     Jennifer C. Davis, Esq.
     United States Probation
     United States Marshal