```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                       Case No. 09-cr-67-PB

**Leonard Corson**


**O R D E R**

The defendant, through counsel, has moved to continue the trial scheduled for October 6, 2009 to allow additional time to engage in further plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from October 6, 2009 to November 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 24, 2009 final pretrial conference is continued to October 19, 2009 at 3:30 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 18, 2009

cc: Tony Soltani, Esq.
Jennifer C. Davis, Esq.
United States Probation
United States Marshal