**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**　　　　　　　　　　　　　　　　Case No. 09-cr-67-PB

**Leonard Corson**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for November 3, 2009 to allow additional time to finalize a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 3, 2009 to December 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    The court will hold a final pretrial conference on November 23, 2009 at 2:00 p.m.

No further continuances.

SO ORDERED.

                                               /s/Paul Barbadoro
                                               Paul Barbadoro
                                               United States District Judge

October 19, 2009

cc:   Tony Soltani, Esq.
      Jennifer C. Davis, Esq.
      United States Probation
      United States Marshal